**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00105-CV

**BYRON MACK, ET AL, Appellant**

**V.**

**TUESDAY REAL ESTATE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05074-B**

## ORDER

Before the Court is appellee's July 12, 2018 motion to direct the trial court clerk to send plaintiff's exhibit 1 for inspection pursuant to appellate rule 34.6(g)(2). Appellee explains appellant has raised an issue in his brief concerning the exhibit. Quoting the pertinent portion of the reporter's record, appellee notes the exhibit, as offered and admitted at trial, was a certified copy of the substitute trustee's deed. Appellee explains, however, that the copy included in the reporter's record is of the front side only and does not include the certification by the Dallas County Clerk that is on the back side.

We **GRANT** the motion to the extent we **ORDER** Robin Washington, Official Court Reporter of County Court at Law No. 2, to file a corrected reporter's record that contains a copy

of both the front and back side of plaintiff's exhibit 1.  The corrected record shall be filed no later than July 27, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/  DAVID EVANS
     JUSTICE